No. 194. SOLOMON ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Orville A. Park* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *S. Dee Hanson* for respondent.

No. 65. ELLIOTT ET AL. *v.* UNIVERSITY OF ILLINOIS ET AL. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. James H. Christensen* for petitioners. *Messrs. Otto Kerner, George T. Buckingham,* and *Don Kenneth Jones* for respondents.

No. 66. WALKER *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hal Lindsay* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *S. Dee Hanson* for respondent.

No. 67. POTOMAC ELECTRIC POWER Co. *v.* HAZEN ET AL. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. S. R. Bowen* and *H. W. Kelly* for petitioner. *Messrs. Elwood H. Seal* and *Vernon E. West* for respondents.

No. 69. GEORGIA POWER Co. *v.* TENNESSEE VALLEY AUTHORITY; and